**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| SPRUCE ROOT, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>SALLY N, Official Number 261250, its Engines, machinery, Appurtenances, etc., *in rem*; STEVEN P. JOHNSON, *in personam*; and M/V SALLY, *in personam*,<br><br>        Defendant. | Case No. 3:19-cv-00232-SLG-DMS |

## ORDER RE FINAL REPORT AND RECOMMENDATION TO GRANT MOTION FOR SUMMARY JUDGMENT

Before the Court at Docket 19, is Plaintiff's Motion for Summary Judgment. Defendant responded with a Partial Non-Opposition to Summary Judgment at Docket 21. Plaintiff replied at Docket 23, with a Notice of Reduced Attorney Fees Demand and Withdrawal of Limited Opposition to Summary Judgment. The motion was referred to the Honorable Magistrate Judge Deborah M. Smith. At Docket 25, Judge Smith issued her Final Report and Recommendation, in which she recommended that the motion for summary judgment be granted in the amount of $112,338.02 (including principal, interest and fees), plus per diem interest of $26.40 from July 19, 2019, and award Spruce Root, Inc. attorney fees in the

reduced amount of $3,936.50. No objections to the Final Report and Recommendation were filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[1] A court is to "make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made."[2] But as to those topics on which no objections are filed, "[n]either the Constitution nor [28U.S.C. § 636(b)(1)] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct."[3]

The magistrate judge recommended that the Court grant the motion for summary judgment and the joint notice and stipulation. The Court has reviewed the Final Report and Recommendation and agrees with its analysis. Accordingly, the Court adopts the Final Report and Recommendation, and IT IS ORDERED that the Motion for Summary Judgment is GRANTED.

The Clerk of Court is directed to enter a Final Judgment for the Plaintiff in the amount of $112,338.02 (including principal, interest and fees), plus per diem

---

[1] 28 U.S.C. § 636(b)(1).

[2] *Id.*

[3] *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Case No. 3:19-cv-00232-SLG-DMS, Spruce Root, Inc. *v. SALLY N, et al.*
Order re Final Report and Recommendation
Page 2 of 3

interest of $26.40 from July 19, 2019, and award Spruce Root, Inc. attorney fees in the amount of $3,936.50.

DATED this 13th day of February, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:19-cv-00232-SLG-DMS, Spruce Root, Inc. *v. SALLY N, et al.*
Order re Final Report and Recommendation
Page 3 of 3